UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00245-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JEREMY TODD BROWN,

     Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file.  To ensure all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 15, 2011** and responses to these motions shall be filed by **Wednesday, August 24, 2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time.  Should a hearing become necessary, the parties shall contact Chambers. It is

FURTHER ORDERED that a 4-day jury trial is set for **Tuesday, September 6, 2011 at 9:00 AM in courtroom A-1002.**

Dated:  July 6, 2011          BY THE COURT:

                                 s/ Wiley Y. Daniel
                                 Wiley Y. Daniel
                                 Chief United States District Judge