UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00245-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. JEREMY TODD BROWN,

     Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendant Jeremy Todd Brown filed a Notice of Disposition in the above matter on August 12, 2011 [ECF No. 11].  Accordingly, the trial set for September 6, 2011 is **VACATED** and a Change of Plea Hearing is **SET** for **Monday, September 19, 2011 at 3:00 PM.**

     Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:  August 12, 2011