UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00245-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEREMY TODD BROWN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A further Change of Plea hearing is set for Tuesday, December 20, 2011 at 11:00 a.m., in courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: October 24, 2011.