# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | September 24, 2012 | Probation: | Katrina Devine |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:   **11-cr-00245-WYD**          Counsel:

UNITED STATES OF AMERICA,                        Kurt J. Bohn

        Plaintiff,

v.

**1.  JEREMY TODD BROWN**,                       Edward A. Pluss

        Defendant.

## SENTENCING

**10:30 a.m.**     Court in Session - Defendant present (in-custody)

        **Change of Plea Hearing - Monday, October 24, 2011, at 10:00 a.m.**
        **Plea of Guilty - count one of Indictment**

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

10:32 a.m.     Statement on behalf of Probation (Ms. Devine).

10:33 a.m.     Statement on behalf of Government (Mr. Bohn).

10:35 a.m.     Statement on behalf of Defendant (Mr. Pluss).

10:45 a.m.     Statement by Defendant on his own behalf (Mr. Brown).

10:53 a.m.     Statement on behalf of Probation (Ms. Devine).

| | |
|---|---|
| 10:54 a.m. | Statement on behalf of Government (Mr. Bohn). |
| | Court makes findings. |
| **ORDERED:** | Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. #36), filed September 12, 2012, is **GRANTED.** |
| **ORDERED:** | Defendant's Request for Variance in Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) (ECF Doc. No. 32), filed August 29, 2012, is **DENIED.** |
| **ORDERED:** | Defendant be **imprisoned** for **60** months. |
| **ORDERED:** | Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years. |
| **ORDERED:** | **Conditions** of **Supervised Release** are: |

(X)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)  Defendant shall not commit another federal, state or local crime.

(X)  Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)  Defendant shall comply with standard conditions adopted by the Court.

(X)  Defendant shall not unlawfully possess a controlled substance.

(X)  The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)  The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**  **Special Condition(s)** of **Supervised Release** are:

(X)  The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

    (X)        The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

    (X)        The defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:08 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :38**